UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PREIS PROPERTIES, LTD.; dba TOWN AND COUNTRY APARTMENTS, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-123 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § § | |

## ORDER EXTENDING DEADLINES

Before the Court is the parties' Second Joint Motion for Leave to Amend Scheduling Order (D.E. 23). After due consideration, the Court GRANTS the motion and ORDERS that the discovery deadline is extended to March 18, 2018 and the deadline for filing dispositive and *Daubert* motions is extended to March 21, 2018.

ORDERED this 10th day of December, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE